Cite as 2019 Ark. 353

# SUPREME COURT OF ARKANSAS

|  |  |
|---|---|
| IN RE ARKANSAS BOARD OF LAW EXAMINERS | **Opinion Delivered:** November 21, 2019 |

## PER CURIAM

Curtis Wayne Hitt of Paragould is appointed to the Arkansas Board of Law Examiners for a six-year term concluding on December 31, 2025. Mr. Hitt will be a representative of the First Congressional District and replaces Jeffrey Puryear, whose term ends on December 31, 2019.

Julie Anne Gibbens of Fayetteville is appointed to the Arkansas Board of Law Examiners for a six-year term concluding on December 31, 2025. Ms. Gibbens will be an at-large representative and replaces Pamela Osment, whose term ends on December 31, 2019.

The Court extends its sincere appreciation to Mr. Hitt and Ms. Gibbens for accepting appointment to this important board. The Court also expresses its gratitude to Mr. Puryear and Ms. Osment for their dedicated service to the board.